STATE of Missouri, Respondent,

v.

John ST. JOHN & Vincent St. John, Appellants.

No. WD 37134.

Missouri Court of Appeals, Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Jeffery L. Alena, Kansas City, for appellants.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from jury convictions of promoting prostitution in the second degree, in violation of § 567.060, RSMo 1978.

Judgments affirmed. Rule 30.25(b).